# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 26-21-BLG-SPW** |
| **Plaintiff,** | |
| **vs.** | **ORDER TO DISMISS INDICTMENT** |
| **VANETTA KATHLEEN WALKS,** | |
| **Defendant.** | |

Upon the United States' Unopposed Motion to Dismiss Indictment (Doc. 18) against the defendant, Vanetta Kathleen Walks, and for good cause shown,

**IT IS HEREBY ORDERED** that the Indictment in this case is hereby **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the trial presently set for June 15, 2026 at 9:00 a.m. is **VACATED**.

**IT IS FURTHER ORDERED** that Vanetta Kathleen Walks be released from the custody of the U.S. Marshals Service.

1

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this _21st_ day of May, 2026.

SUSAN P. WATTERS
United States District Judge

2